IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRECOAT METALS CORP.,        )
                             )
      Plaintiff,             )
                             )        CIVIL ACTION NO.
      v.                     )        2:14cv972-MHT
                             )            (WO)
SOUTHEASTERN STUD &          )
COMPONENTS, INC., et al.,    )
                             )
      Defendants.            )
```

OPINION AND ORDER

The allegations of the plaintiff's complaint are insufficient to invoke this court's jurisdiction under 28 U.S.C. § 1332. To invoke jurisdiction based on diversity, a complaint must distinctly and affirmatively allege each party's citizenship. McGovern v. American Airlines, Inc., 511 F. 2d 653, 654 (5th Cir. 1975) (per curiam).[*] 28 U.S.C. § 1332(c)

---

[*]In Bonner v. Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit Court of Appeals adopted as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

provides that a corporation shall be deemed a citizen, first, of all States by which it has been incorporated and, second, of the State where it has its principal place of business.  To invoke jurisdiction based on diversity in a case in which a corporation is a party, it is thus necessary to allege distinctly and affirmatively all the States by which the corporation has been incorporated <u>and</u> the State in which the corporation has its principal place of business. <u>American Motorists Ins. Co. v. American Employers' Ins. Co.</u>, 600 F.2d 15, 16 and n.1 (5th Cir. 1979) (per curiam).  The plaintiff's complaint fails to allege sufficiently the citizenship of corporate plaintiff Precoat Metals Corp.

***

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiff has until November 7,

2014, to amend the complaint to allege § 1332 jurisdiction sufficiently, <u>see</u> 28 U.S.C. § 1653; otherwise, this cause shall be dismissed without prejudice.

DONE, this the 27th day of October, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**