IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRECOAT METALS CORP.,         )
                              )
     Plaintiff,               )
                              )       CIVIL ACTION NO.
     v.                       )         2:14cv972-MHT
                              )             (WO)
SOUTHEASTERN STUD &           )
COMPONENTS, INC., et al.,     )
                              )
     Defendants.              )
```

## JUDGMENT

Defendant Southeastern Stud and Components, Inc.'s having made a suggestion of bankruptcy (doc. no. 11), it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Southeastern Stud and Components, Inc. is dismissed and terminated without prejudice to the right of any party to petition to reinstate this defendant as a party to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

(2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action against said party; and

(3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

This case is not closed.

DONE, this the 29th day of October, 2014.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE